FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-14-00114-CR

**IN RE** Manuel **ALCOSER** Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Sandee Bryan Marion, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

On February 18, 2014, relator filed a pro se petition for writ of mandamus. We have determined this court does not not have jurisdiction over this petition. The petition is DISMISSED FOR LACK OF JURISDICTION. Relator's request for leave to file the petition for writ of mandamus is DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on February 25th, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011CR5943, styled *The State of Texas v. Manuel Alcoser Jr.*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Lori I. Valenzuela presiding.